

**FILED & ENTERED**

**MAR 07 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA -- SANTA ANA DIVISION

In re:

Jenny Lopez Quiroz

Debtor(s).

Case No.: 8:16-bk-10535-MW
CHAPTER 13

**ORDER ON MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY**

Date:       March 7, 2016
Time:       9:00 a.m.
Courtroom:  6C

    This matter comes on for hearing on Debtor's *Motion In Individual Case For Order Imposing A Stay Or Continuing The Automatic Stay As The Court Deems Appropriate* (the "Motion"). When the calendar was called, neither the Debtor-Movant nor her attorney appeared. The Court's tentative ruling had required appearances.

    In view of Debtor-Movant's failure to appear as required, the Motion is denied with prejudice pursuant to Local Bankruptcy Rule 9011-3(b) and 11 U.S.C. § 105(a).

    IT IS SO ORDERED.

###

Date: March 7, 2016

Mark S. Wallace
United States Bankruptcy Judge